Lucien N. BRUNSWIG, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9252.

Circuit Court of Appeals, Ninth Circuit.

Sept. 14, 1940.

Claude I. Parker and Ralph W. Smith, both of Los Angeles, Cal., and L. A. Luce, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before DENMAN and MATHEWS, Circuit Judges.

PER CURIAM.

On motion of petitioner, and good cause therefor appearing, ordered petition to review herein dismissed, that a judgment be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

Otto Paul TOBELER v. Verda Lee STEWART et al.

No. 9637.

Circuit Court of Appeals, Ninth Circuit.

Sept. 21, 1940.

DeForrest Home, of Los Angeles, Cal., for appellant.

Joseph A. Spray and Robert A. Cushman, both of Los Angeles, Cal., for appellees.

Before DENMAN and MATHEWS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issue forthwith.